UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA JONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-CV-165-WVG<br><br>**JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

　　　Before the Court is the Parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act ("Joint Motion"). (Doc. No. 13.) Having reviewed and considered the Parties' Joint Motion, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, in the amount of $2,518.79 as authorized by 28 U.S.C. section 2412(d), and subject to the terms and conditions of Parties' stipulation. (*Id.*)

　　　**IT IS SO ORDERED.**

DATED: May 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge